IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHAMPAGNE CONTRACTING, INC. | : | CIVIL ACTION |
| V. | : | NO. 02-2961 |
| CONTINENTAL CARRIERS, INC. | : | |

O R D E R

**AND NOW**, this 18th day of July, 2002, plaintiff having filed a request for entry of default and judgment and assessment of damages on July 15, 2002 and the clerk having entered default on July 15, 2002 but the affidavit of amount due and non-military service not being notarized, **IT IS HEREBY ORDERED** that the request for judgment and assessment of damages is **DENIED WITHOUT PREJUDICE**.

_____
William H. Yohn, Jr., Judge